Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−16678−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Sabatino Miseo                              Elissa Sue Miseo
   6 Wedgewood Lane                                   6 Wedgewood Lane
   Mendham, NJ 07945                                  Mendham, NJ 07945

Social Security No.:
   xxx−xx−3608                                        xxx−xx−1833

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       7/12/18
Time:       11:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Robert Sabatino Miseo and Elissa Sue Miseo

COMMISSION OR FEES
$6,320.00

EXPENSES
$253.03

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 5, 2018
JAN:

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 18-16678-JKS
     Robert Sabatino Miseo                                    Chapter 13
     Elissa Sue Miseo
               Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 05, 2018
                              Form ID: 137             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
db/jdb         +Robert Sabatino Miseo,    Elissa Sue Miseo,    6 Wedgewood Lane,    Mendham, NJ 07945-2025
517480986       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517435208      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
517435209     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bankamerica,    Po Box 982238,    El Paso, TX 79998)
517435210      +Brksb/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
517435211      +Edfinancial Services L,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
517473292      +Edfinancial on behalf of US Dept. of Education,    120 N. Seven Oaks Dr.,
                 Knoxville, TN 37922-2359
517463079      +Granite State Mgmt. & Resources,    on behalf of US Dept. of Education,    PO Box 3420,
                 Concord, NH 03302-3420
517435213      +M&T Bank,    KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517435214      +Nhhelc/gsm&r,    Po Box 3420,    Concord, NH 03302-3420
517435215       Staples Credit Plan,    Dept 51 - 7864086789,    P.O. Box 78004,    Phoenix, AZ 85062-8004
517435216      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
517435217      +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
517531583       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517455730       Wells Fargo Bank, NA  Default  Document Processing,    1000 Blue Gentian Road  N9286-01Y,
                 Eagan, MN  55121-7700
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 05 2018 23:14:44     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 05 2018 23:14:42     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517435212       E-mail/Text: camanagement@mtb.com Jun 05 2018 23:14:25     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
517570152      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2018 23:27:49      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 4

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
          Dean G. Sutton    on behalf of Debtor Robert Sabatino Miseo dgs123@ptd.net
          Dean G. Sutton    on behalf of Joint Debtor Elissa Sue Miseo dgs123@ptd.net
          Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```