UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910

**Order Filed on July 16, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robert S. & Elissa S. Miseo

Case No. 18-16678/JKS

Chapter: 13

Hearing Date:    July 12, 2018

Judge:  JKS

## ORDER FOR ALLOWANCE TO ATTORNEY FOR DEBTOR(S)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 16, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:  Robert S. & Elissa S. Miseo
Case No. 18-16678/JKS
Caption of Order: Order for Allowance to Attorney For Debtor(s)

Dean G. Sutton, Esquire, attorney for the Debtor(s) having made this Allowance to Attorney for the Debtor(s) and having shown just cause;

It is ORDERED, that Dean G. Sutton, Esquire, attorney for the Debtor(s) be allowed a fee which has been capped by the parties in the amount of $6,320.00, and Reimbursement of Expenses in the amount of $253.03.  Against this amount shall be credited the sum of $1,600.00 already received.  Any sums hereto uncollected to be paid in accordance with 11 U.S.C. 1326 and 11 U.S.C. 503(b), and it is further

ORDERED, that the above allowed fee be paid to Dean G. Sutton, Esquire through the chapter 13 plan as an administrative priority; and it is further

ORDERED, that the debtors' monthly plan payment is increased to $840.00 per month beginning July 1, 2018 to allow for payment of the aforesaid fee.