UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910

**Order Filed on July 16, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robert S. & Elissa S. Miseo

Case No. 18-16678/JKS

Chapter: 13

Hearing Date:    July 12, 2018

Judge:  JKS

### ORDER FOR ALLOWANCE TO ATTORNEY FOR DEBTOR(S)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 16, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:  Robert S. & Elissa S. Miseo
Case No. 18-16678/JKS
Caption of Order: Order for Allowance to Attorney For Debtor(s)

Dean G. Sutton, Esquire, attorney for the Debtor(s) having made this Allowance to Attorney for the Debtor(s) and having shown just cause;

It is ORDERED, that Dean G. Sutton, Esquire, attorney for the Debtor(s) be allowed a fee which has been capped by the parties in the amount of $6,320.00, and Reimbursement of Expenses in the amount of $253.03.  Against this amount shall be credited the sum of $1,600.00 already received.  Any sums hereto uncollected to be paid in accordance with 11 U.S.C. 1326 and 11 U.S.C. 503(b), and it is further

ORDERED, that the above allowed fee be paid to Dean G. Sutton, Esquire through the chapter 13 plan as an administrative priority; and it is further

ORDERED, that the debtors' monthly plan payment is increased to $840.00 per month beginning July 1, 2018 to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Sabatino Miseo  
Elissa Sue Miseo  
    Debtors

Case No. 18-16678-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Jul 16, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.  
db/jdb        +Robert Sabatino Miseo,   Elissa Sue Miseo,   6 Wedgewood Lane,   Mendham, NJ 07945-2025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                                Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2018 at the address(es) listed below:  
        Dean G. Sutton    on behalf of Debtor Robert Sabatino Miseo dgs123@ptd.net  
        Dean G. Sutton    on behalf of Joint Debtor Elissa Sue Miseo dgs123@ptd.net  
        Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                   TOTAL: 6