Official Form 23 (10/06)

# United States Bankruptcy Court
## District Of New Jersey

In re   Robert S. & Elissa S. Miseo                         Case No.   18-16678
                       Debtor
                                                            Chapter    13

### DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I,             Robert S. Miseo            , the debtor in the above-styled case, hereby
         (Printed Name of Debtor)
certify that on   February 1, 2023   (Date), I completed an instructional course in personal financial management provided by       Marie-Ann Greenberg, Chapter 13 Standing Trustee      , an approved personal financial
                                    (Name of Provider)
management provider.

Certificate No. :     20476-NJ-DE-037155693     .

☐ I, _____ , the debtor in the above-styled case, hereby
        (Printed Name of Debtor)
certify that no personal financial management course is required because of *[Check the appropriate box.]*:
   ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
   ☐ Active military duty in a military combat zone; or
   ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _____/s/_____

Date: 2/6/2023

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 20476-NJ-DE-037155693

Bankruptcy Case Number: 18-16678



20476-NJ-DE-037155693

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 1, 2023, at 6:59 o'clock PM EST, Robert Sabatino Miseo completed a course on personal financial management given by internet by Marie-Ann Greenberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  February 3, 2023                By:   /s/Scott E Kehiaian

                                       Name: Scott E Kehiaian

                                       Title: TEN Representative

Official Form 23 (10/06)

# United States Bankruptcy Court
## District Of New Jersey

In re  Robert S. & Elissa S. Miseo  
                Debtor

Case No. 18-16678

Chapter 13

### DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, __Elissa S. Miseo__, the debtor in the above-styled case, hereby
(Printed Name of Debtor)
certify that on __2/3/2023__ (Date), I completed an instructional course in personal financial management provided by __Marie-Ann Greenberg, Chapter 13 Standing Trustee__, an approved personal financial
(Name of Provider)
management provider.

Certificate No.: __20476-NJ-DE-03716 2018__

☐ I, _____, the debtor in the above-styled case, hereby
(Printed Name of Debtor)
certify that no personal financial management course is required because of *[Check the appropriate box.]*:
    ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
    ☐ Active military duty in a military combat zone; or
    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: __Elisa Miseo__

Date: __2/6/2023__

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 20476-NJ-DE-037162018

Bankruptcy Case Number: 18-16678



20476-NJ-DE-037162018

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 3, 2023, at 11:46 o'clock AM EST, Elissa Sue Miseo completed a course on personal financial management given by internet by Marie-Ann Greenberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 6, 2023            By:    /s/Scott E Kehiaian

                                    Name:  Scott E Kehiaian

                                    Title: TEN Representative