| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: Robert S. & Elissa S. Miseo | Case No.: | 18-16678 |
| | Chapter: | 13 |
| | Judge: | JKS |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Robert S. Miseo, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2/6/2023

Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Robert S. & Elissa S. Miseo | Case No.: 18-16678<br>Chapter: 13<br>Judge: JKS |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Elissa S. Miseo _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2/6/2023                                    *Elissa Miseo*
                                                  Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*