| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert Sabatino Miseo<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3608<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Elissa Sue Miseo<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1833<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  18–16678–JKS | | |

## Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Sabatino Miseo                           Elissa Sue Miseo

4/26/23                                         **By the court:** <u>John K. Sherwood</u>
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 18-16678-JKS

Robert Sabatino Miseo                                                                     Chapter 13

Elissa Sue Miseo

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                               User: admin                                          Page 1 of 3
Date Rcvd: Apr 26, 2023                     Form ID: 3180W                                    Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Sabatino Miseo, Elissa Sue Miseo, 130 Constitution Way, Basking Ridge, NJ 07920-2964 |
| 517435213 | + | M&T Bank, KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518814631 | + | U.S. Department of Education, P.O. Box 4414, Portland, OR 97208-4414 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 26 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 26 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517480986 | | Email/PDF: bncnotices@becket-lee.com | Apr 26 2023 20:52:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517435208 | + | Email/PDF: bncnotices@becket-lee.com | Apr 26 2023 20:52:41 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517585474 | + | EDI: BANKAMER2.COM | Apr 27 2023 00:27:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517435209 | + | EDI: BANKAMER.COM | Apr 27 2023 00:27:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 519892081 | | Email/Text: bncmail@w-legal.com | Apr 26 2023 20:42:00 | Bill Me Later Inc., Synchrony Bank, c/o Weinstein and Riley PS, PO Box 3978, Seattle, WA 98124-3978 |
| 517435210 | + | EDI: CITICORP.COM | Apr 27 2023 00:27:00 | Brksb/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517584508 | + | EDI: WFNNB.COM | Apr 27 2023 00:27:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517435211 | + | Email/Text: EBN@edfinancial.com | Apr 26 2023 20:41:00 | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 517473292 | + | Email/Text: EBN@edfinancial.com | Apr 26 2023 20:41:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 517463079 | + | Email/Text: EBN@edfinancial.com | Apr 26 2023 20:41:00 | Granite State Mgmt. & Resources, on behalf of US Dept. of Education, PO Box 3420, Concord, NH 03302-3420 |
| 517435212 | | Email/Text: camanagement@mtb.com | | |

Case 18-16678-JKS    Doc 46    Filed 04/28/23    Entered 04/29/23 00:15:17    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 3180W | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 517586122 | | Email/Text: camanagement@mtb.com | Apr 26 2023 20:42:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| | | | Apr 26 2023 20:42:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517435214 | + | Email/Text: EBN@edfinancial.com | Apr 26 2023 20:41:00 | Nhhelc/gsm&r, Po Box 3420, Concord, NH 03302-3420 |
| 518142970 | + | Email/Text: bncmail@w-legal.com | Apr 26 2023 20:42:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518142969 | + | Email/Text: bncmail@w-legal.com | Apr 26 2023 20:42:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 517435215 | | EDI: CITICORP.COM | Apr 27 2023 00:27:00 | Staples Credit Plan, Dept 51 - 7864086789, P.O. Box 78004, Phoenix, AZ 85062-8004 |
| 517570152 | + | EDI: AIS.COM | Apr 27 2023 00:27:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517435216 | + | EDI: WFFC2 | Apr 27 2023 00:27:00 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 517435217 | + | EDI: WFFC2 | Apr 27 2023 00:27:00 | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |
| 517531583 | | EDI: WFFC2 | Apr 27 2023 00:27:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Department of Education |
| 517455730 | ##+ | Wells Fargo Bank, NA Default Document Processing, 1000 Blue Gentian Road N9286-01Y, Eagan, MN 55121-1663 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dean G. Sutton | on behalf of Debtor Robert Sabatino Miseo dean@deansuttonlaw.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 26, 2023 | Form ID: 3180W | Total Noticed: 25

Dean G. Sutton
    on behalf of Joint Debtor Elissa Sue Miseo dean@deansuttonlaw.com

Denise E. Carlon
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6